**Jesse Robert FURR/STANLEY,**
Appellant,

v.

**Greg HARMON, Warden, East Arkansas Regional Unit, ADC; Tommy James, Assistant Warden, Maximum Security Unit, ADC; Anderson, Dr., Maximum Security Unit, ADC; James I. Cagle, Dr., Arkansas Department of Correction; Sarah Speer, Infirmary Manager or Staff Personnel, Alexander Youth Center; Correctional Medical Ser-** **vices; Pinkston, RNP, Maximum Security Unit, ADC; C. Green, RN, Unit Infirmary Manager, Maximum Security Unit, ADC, Appellees.**

No. 04–1079.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 23, 2004.

Filed: April 11, 2006.

Jesse Robert Furr/Stanley, Arkansas Department of Correction Maximum Security Unit, Tucker, AR, pro se.

Before BYE, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Jesse Robert Furr/Stanley (Furr), an inmate at the Tucker Maximum Security Unit in Arkansas, appeals the district court's [1] preservice dismissal without prejudice of his 42 U.S.C. § 1983 action and moves to proceed in forma pauperis (IFP) on appeal and for appointment of counsel. We grant Furr leave to proceed IFP, assessing the filing fee and leaving the collection details to the district court, *see Henderson v. Norris*, 129 F.3d 481, 484–85 (8th Cir.1997) (per curiam), and we deny appointment of counsel.

Having carefully reviewed the record, we conclude that dismissal was proper because we agree with the district court that Furr failed to fully exhaust his administrative remedies as to all his claims. *See* 42 U.S.C. § 1997e(a) (dismissal required where inmate fails to exhaust administrative remedies before filing suit); *Johnson*

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

*v. Jones,* 340 F.3d 624, 627 (8th Cir.2003) (dismissal required when inmate has not administratively exhausted before filing lawsuit); *Graves v. Norris,* 218 F.3d 884, 885–86 (8th Cir.2000) (per curiam) (dismissal proper where at least some claims unexhausted).

Accordingly, we affirm. *See* 8th Cir. R. 47A(a).